UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEOLEGARIO TALAMANTES-HERRERA,<br>　aka "Olegario Talamantes-Herrera,"<br>　aka "Joaquin Talamantes-De La Rocha,"<br>　aka "Joaquin De La Rocha,"<br>　aka "Joaquin Talamantes,"<br>　aka "Miguel Urias Herrera,"<br><br>　　　　Defendant. | Case No. 2:24-mj-00822-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

　　Good cause appearing, and the best interest of justice being served, IT IS HEREBY ORDERED that the Stipulation Directing Probation to Prepare a Criminal History Report (ECF No. 13) is GRANTED.

　　IT IS FURTHER ORDERED that the U.S. Probation Office is directed to prepare a report detailing the Defendant's criminal history.

　　Dated this 17th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE